# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Michael Gurevich, et al.

                Plaintiff,

v.                                             Case No.: 1:11−cv−01890
                                                   Honorable Sharon Johnson Coleman

Compagnia Aereas Italiana, SPA

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 17, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman:Defendant's motion to dismiss without prejudice [14] is granted. See Order for further detail. Plaintiff's motion to strike [34] is stricken as moot. Plaintiff's motion for leave to file surreply brief [36] is granted. Defendant's motion to strike plaintiff's exhibits [43] is stricken as moot. Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.