UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Michael Gurevich, et al.

                    Plaintiff,

v.                                        Case No.: 1:11−cv−01890
                                        Honorable Sharon Johnson Coleman

Compagnia Aereas Italiana, SPA

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2014:

       MINUTE entry before the Honorable Sharon Johnson Coleman: The court finds that EC 261 does not create a direct right of action in United States courts that is independent of any contractual obligation. Alitalia's motion for reconsideration [85] is accordingly granted. Its motion to dismiss plaintiffs' complaint [66] is granted in its entirety. Enter Order. Plaintiffs' motion to strike [94] is stricken as moot. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.