# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

MICHAEL GUREVICH, ELENA GUREVICH, JAMES GENDEN, and ALMA KOPPERDRAUER, on behalf of themselves and all others similarly situated     ,

Plaintiff(s),

v.

COMPAGNIA AEREAS ITALIANA, SPA, d/b/a ALITALIA AIRLINES ,

Defendant(s).

Case No.  11 C 1890
Judge  Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) MICHAEL GUREVICH, ELENA  GUREVICH, JAMES GENDEN, and ALMA KOPPERDRAUER, on behalf of themselves and all others similarly situated
and against plaintiff(s) COMPAGNIA AEREAS ITALIANA, SPA, ) d/b/a ALITALIA AIRLINES
.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion for reconsideration

Date:  3/18/2014                                     Thomas G. Bruton, Clerk of Court

                                                     /s/ Robbie T. Hunt , Deputy Clerk